# EXHIBIT 1

**Jianran Xu**

| | |
|---|---|
| **From:** | Phoebe <phoebe@gllusa.com> |
| **Sent:** | Tuesday, September 17, 2019 3:21 AM |
| **To:** | sylia@torshare.com; 'harper' |
| **Subject:** | PO00364，402，403，404 |
| **Attachments:** | PO00364-Torshare.pdf; PO00402-Torshare.pdf; PO00403-Torshare.pdf; PO00404-Torshare.pdf |

Hi Sylia，

附件四份 PO 请查看，另请告知一周产能是多少，我再下单后面 PO，谢谢!

Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | Phoebe <phoebe@gllusa.com> |
| **Sent:** | Thursday, September 19, 2019 2:22 AM |
| **To:** | sylia@torshare.com; 'harper' |
| **Subject:** | PO00410-417 |
| **Attachments:** | PO00410-Torshare.pdf; PO00411-Torshare.pdf; PO00412-Torshare.pdf; PO00413-Torshare.pdf; PO00414-Torshare.pdf; PO00415-Torshare.pdf; PO00416-Torshare.pdf; PO00417-Torshare.pdf |

Hi Sylia，

附件 8 份 PO 请查看，按 michael 和洪总商议每周出货 6 个柜，请理新最终的出货计划给我，谢谢!

Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | Phoebe <phoebe@gllusa.com> |
| **Sent:** | Saturday, October 12, 2019 3:10 AM |
| **To:** | sylia@torshare.com; 'harper' |
| **Subject:** | PO00447，448，449，450，451，452，453，454全部是2x4/40w/4000k |
| **Attachments:** | PO00447-Torshare.pdf; PO00448-Torshare.pdf; PO00449-Torshare.pdf; PO00450-Torshare.pdf; PO00451-Torshare.pdf; PO00452-Torshare.pdf; PO00453-Torshare.pdf; PO00454-Torshare.pdf |

Best Regards

Phoebe

GLLUSA

75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | Phoebe <phoebe@gllusa.com> |
| **Sent:** | Friday, October 18, 2019 3:01 AM |
| **To:** | 'sylia'; 'harper' |
| **Subject:** | PO00458 |
| **Attachments:** | PO00458-Torshare.pdf |

Hi Sylia，

Strip light 的订单请查收回复我交期，谢谢!

Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Wednesday, October 30, 2019 8:26 PM |
| **To:** | 'harper'; sylia@torshare.com |
| **Subject:** | PO00479 |
| **Attachments:** | PO00479 - Torshare.pdf |

Hi Sylia,

附件 LHB 的 PO 号有了，请注意，谢谢!

Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Friday, November 8, 2019 1:59 AM |
| **To:** | sylia@torshare.com; 'harper' |
| **Subject:** | PO00503 |
| **Attachments:** | PO00503 -Torshare.pdf |

Hi Sylia，

附件 Strip light 的无影连接片 PO 请查看，谢谢！


Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com


The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Tuesday, November 12, 2019 12:36 AM |
| **To:** | sylia@torshare.com |
| **Cc:** | 'harper' |
| **Subject:** | 2x4/40w/4kPO |
| **Attachments:** | PO00505-Torshare.pdf; PO00506-Torshare.pdf; PO00507-Torshare.pdf; PO00508-Torshare.pdf |

Hi Sylia，

附件 PO00505/506/507/508，和之前 PO 配合出货，请给我出货计划，谢谢!


Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com


The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Monday, November 18, 2019 2:35 AM |
| **To:** | sylia@torshare.com; 'harper' |
| **Subject:** | PO00519-533 |
| **Attachments:** | PO00519-Torshare.pdf; PO00520-Torshare.pdf; PO00521-Torshare.pdf; PO00522-Torshare.pdf; PO00523-Torshare.pdf; PO00524-Torshare.pdf; PO00525-Torshare.pdf; PO00526-Torshare.pdf; PO00527-Torshare.pdf; PO00528-Torshare.pdf; PO00529-Torshare.pdf; PO00530-Torshare.pdf; PO00531-Torshare.pdf; PO00532-Torshare.pdf; PO00533-Torshare.pdf |

Hi Sylia,

请按附件 PO 更新出货计划给我，谢谢!

Best Regards

Phoebe

GLLUSA

75 Marine Street Farmingdale, NY 11735

T: 13543790497

Q: 252567259

W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Wednesday, November 20, 2019 12:58 AM |
| **To:** | sylia@torshare.com; 'harper' |
| **Subject:** | PO00541 |
| **Attachments:** | PO00541-Torshare.pdf |

Hi Sylia，

附件 LHB 加急的 165w/1350pcs 订单请查看，已经请洪总帮忙安排，出货时间如下：

1. PO00479 中的 1200pcs 正常下周海运出货

2. 250pcs 最迟 12 月 5 日发空运

3. 剩下的 1150pcs 最迟 12 月 15 日开船走，就是 13 日装柜。

Best Regards

Phoebe

GLLUSA

75 Marine Street Farmingdale, NY 11735

T: 13543790497

Q: 252567259

W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Sunday, December 8, 2019 7:55 PM |
| **To:** | sylia@torshare.com; 'harper' |
| **Subject:** | LHB产品PO |
| **Attachments:** | PO00576-Torshare.pdf; PO00577-Torshare.pdf; PO00578-Torshare.pdf |

Hi Sylia，

请帮忙按附件 PO 上注明时间安排出货，谢谢!

Best Regards

Phoebe

GLLUSA

75 Marine Street Farmingdale, NY 11735

T: 13543790497

Q: 252567259

W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Sunday, January 5, 2020 7:11 PM |
| **To:** | 'harper'; sylia@torshare.com |
| **Subject:** | 第三代Shoebox连接头 |
| **Attachments:** | PO00648 -Torshare.pdf |

Hi Sylia,

附件第三代 shoebox 的连接头 PO 请查看，请回复我具体的最快交期，谢谢!

Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.

**Jianran Xu**

| | |
|---|---|
| **From:** | phoebe@gllusa.com on behalf of Phoebe <phoebe@gllusa.com> |
| **Sent:** | Sunday, December 6, 2020 10:36 PM |
| **To:** | sylia@torshare.com; helen.h@estled.com |
| **Subject:** | 更新: PO00920 & 00921 |
| **Attachments:** | PO00921  Strip light.pdf; PO00920  Strip light.pdf |

发件人: Phoebe <phoebe@gllusa.com>
发送时间: 2020 年 12 月 7 日 下午 2:21
收件人: 'sylia@torshare.com' <sylia@torshare.com>; 'helen.h@estled.com' <helen.h@estled.com>
主题: PO00920 & 00921

Hi Sylia，

附件二份 Strip light 的 PO 请查看，请注意:
1. 做 PI 和回签 PO 给我
2. 外箱上加了向上标识，具体找 Steven 要模板
3. 产品内盒外箱上都需要有标签，并且都要有 Made in China

Best Regards

Phoebe

GLLUSA
75 Marine Street Farmingdale, NY 11735
T: 13543790497
Q: 252567259
W: http://www.GLLUSA.com

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission.  If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately.  Any comments or statements contained in this transmission do not necessarily reflect the views or position of GLLUSA or its subsidiaries and affiliates.