# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN TORSHARE TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CAION COMPANY CORPORATION a/k/a GLLUSA; NRG TECHNOLOGIES USA INC. a/k/a GLLUSA; GENERAL LED CORP. a/k/a GLLUSA; GREEN LOGIC LED ELECTRICAL SUPPLY INC. a/k/a GLLUSA; BOWERY LTG INC.; ECO LED INC.; GEORGE GEFFEN; DANIEL YU; MICHAEL KWANG; and DOES 1-10, <br><br> Defendants. | Civil Action No. 2:22-cv-06418-JMA-LGD <br><br> Judge Honorable Joan M Azrack <br><br> Magistrate Judge Honorable Lee G Dunst |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Torshare Technology Co., Ltd. ("Plaintiff"), by and through its undersigned attorney, hereby gives notice of dismissal of all claims against Defendant Daniel Yu in the above-captioned action, with each party to bear its own attorneys' fees, costs and expenses.

Dated: December 22, 2022

Respectfully submitted,

**YK LAW LLP**

By: /s/ *Faye Deng*
Faye (Yifei) Deng (Bar No. 5361381)
32 East 57th Street, 8th Floor,
New York, NY 10022
Email: fdeng@yklaw.us
Telephone: (213) 401-0970 x 1018
*Attorneys for Plaintiff*

IT IS SO ORDERED.


Date: _____                               _____
                                                    UNITED STATES DISTRICT JUDGE